# COURTROOM MINUTES
# CIVIL

DATE: 6/3/2021   DAY: Thursday   START TIME: 4:59 p.m.   END TIME: 5:11 p.m.
JUDGE/MAG.: WMC   CLERK: rks   REPORTER: JD
CASE NO.: 19-cv-829-wmc   CASE NAME: Edward D. Eliason et al. v. Superior Refining Company, L.

**APPEARANCES:**

PLAINTIFF(S): Matthew S Sims
Melanie VanOverloop

DEFENDANT(S): Colleen Kenney
Joseph Olson
Dino L LaVerghetta

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Motion Hearing

Hearing held.

Motion Emergency Motion to Strike Plaintiff's Untimely Expert Disclosures and for Expedited Hearing (dkt. 76) is denied in part and granted in part.

TOTAL COURT TIME: 0'12"